IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

**FILED**

MAR 0 5 2020

Clerk, U.S. District Court
District Of Montana
Missoula

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16–17–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| JAMIE RYAN MISCAMPBELL, | |
| Defendant. | |

Before the Court is the Government's Unopposed Motion to Dismiss Revocation Petition. (Doc. 129.) The Government asserts that Miscampbell has "complied with the directives of her probation officer and her conditions of release for the last several months" and no longer believes revocation is necessary at this juncture. (*Id.* at 1–2.) The Court agrees.

IT IS ORDERED that the Petition for Warrant for Offender Under Supervision (Doc. 112) is DISMISSED. The March 6, 2020 revocation hearing is VACATED. The defendant is to remain on supervised release subject to the conditions of supervised release previously imposed.

DATED this 5th day of March, 2020.

Dana L. Christensen, Chief Judge
United States District Court